# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2019

158005

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JEFFREY S. MANIACI,
      Plaintiff-Appellant,

v

THOMAS DIROFF and MANDY DIROFF,
      Defendants-Appellees,
and

KENNETH G. SILER AND TONYA L.
SILER REVOCABLE TRUST,
      Appellee.

SC: 158005
COA: 333952
Gladwin CC: 14-007559-CH

_____/

      On order of the Court, the application for leave to appeal the May 15, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

      The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether his proposed alterations to Parcel B fall within the scope of the easement created by the 2015 consent judgment. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). Appellee Kenneth G. Siler and Tonya L. Siler Revocable Trust shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2019



t0430

Clerk